In the Matter of the Judicial Settlement of the Account of Proceedings of ANNA RYAN and Others, as Executors, etc., of EUGENE J. FLOOD, Deceased.— Preference granted for February 4, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

BRIDGET BERTHA HALTON v. ELLEN CULLEN and Others.— Preference granted for February 2, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of THEODORE HANSEN, an Attorney.— Reference ordered to Hon. M. Warley Platzek, official referee. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRANK WHITNEY and Others.— Preference granted for March 2, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Application of MARY E. BLACK to Compel an Account in the Estate of MICHAEL J. LAFFEY, Deceased, etc.— Preference granted for February 2, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH DALY.— Preference granted for February 3, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

BANK OF MONTCLAIR, as Temporary Receiver, etc., v. CHARLES G. MASSA, Individually and as Acting Executor, etc.— Preference granted for February 2, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE STOCK QUOTATION TELEGRAPH COMPANY v. NICHOLAS J. HAYES, as Commissioner, etc., and Others.— Preference granted for February 2, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ELLIE A. DOBBINS, Appellant, v. NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, a Corporation, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

ETHEL BLECKMAN, as Administratrix, etc., of LOUIS BLECKMAN, Deceased, Respondent, v. QUEENS HAULAGE CORPORATION, Appellant.— Judgment and order reversed and new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict was against the weight of the evidence. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

JOHN NADRAMIA, Respondent, v. ELMER A. SHEETS, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide the event, on the ground that the verdict was against the weight of the evidence. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

JOHN CURRAN, Respondent, v. ELMER A. SHEETS, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide the event, on the ground that the verdict was against the weight of the evidence. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

TIMOTHY J. MURPHY, Respondent, v. SAMUEL H. WEIL, Defendant, Impleaded with RACHAEL GRANIS WEIL, Appellant. (Action No. 1.)— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

TIMOTHY J. MURPHY, Respondent, v. SAMUEL H. WEIL, Defendant, Impleaded with RACHAEL GRANIS WEIL, Appellant. (Action No. 2.) — Judgment and order